| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>WRIGHT, FINLAY & ZAK, LLP<br>Kathryn Moorer, Esq.  SBN 272801<br>4665 MacArthur Court Suite 200<br>Newport Beach, CA 92660<br>949-477-5050; Fax:  949-608-9142<br>kmoorer@wrightlegal.net | |
| ATTORNEY(S) FOR: New Penn Financial, LLC and BNYM | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevan A. Green, Dina J. Green<br><br>Plaintiff(s),<br>v.<br>New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing and The Bank of New York Mellon fka The Bank of New York, as Trustee<br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  New Penn Financial, LLC d/b/ Shellpoint and Bank of New York Mellon
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| See attached page | |

August 17, 2018                              s/ Kathryn Moorer, Esq.
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

New Penn Financial LLC and Bank of New York Mellon

**Attachment to Certification and Notice of Interested Parties:**

    *a.* *Plaintiffs Kevan A. Green and Dina J. Green:* Plaintiffs are individuals residing in California.

    *b.* *Defendant New Penn Financial, LLC, D.B.A. Shellpoint Mortgage Servicing, LLC:* Shellpoint is a foreign limited partnership organized under Delaware law whose sole member is Shellpoint Partners LLC a Delaware limited liability company with its principal place of business in the state of New York. The two members of Shellpoint Partners LLC are (1) NRM Acquisition LLC; and (2) NRM Acquisition II LLC. The sole member of NRM Acquisition LLC and NRM Acquisition II LLC is New Residential Mortgage LLC. New Residential Mortgage LLC's sole member is New Residential Investment Corp., a Delaware corporation with its principal place of business in New York.

    *c.* *Defendant The Bank of New York Mellon:* Investor is, and was at the time of the Action's filing, a securitized trust, with The Bank of New York Mellon (Fka The Bank Of New York), a corporation, acting as trustee. The Bank of New York is a New York Corporation with its principal place of business in New York.

    *d.* *Defendant Peak Foreclosure Services, Inc.:* Peak is a California Corporation with its principal place of business in California.

# PROOF OF SERVICE

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On August 17, 2018, I served the within **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action as follows:

[x]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Patricia Rodriguez, Esq.
RODRIGUEZ LAW GROUP, INC.
1961 Huntington Drive, Suite 201
Alhambra, CA 91801,
(626) 888-5206
Attorney for Kevan A. Green and Dina J. Green, Plaintiffs

[X]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]    (BY CERTIFIED MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices, via Certified Mail, Return Receipt Requested.

[ ]    (BY PERSONAL SERVICE) I caused personal delivery by ATTORNEY SERVICE of said document(s) to the offices of the addressee(s) as set forth on the attached service list.

[ ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies thereof enclosed in a package designated by FEDERAL EXPRESS Overnight with the delivery fees provided for.

[ ] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2018, at Newport Beach, California.

_____
Gretchen Grant